UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ASSIST-2-SELL, INC., )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>    )<br>ASSIST-2-BUILD, LLC; ASSIST-U-REALTY )<br>LLC; ANGELA OLIVER; and, TERRY )<br>OLIVER, )<br>)<br>    Defendants/Counter-Plaintiff. ) | No. 1:05-CV-193<br><br>Judge Curtis L. Collier |

## O R D E R

In accordance with the accompanying memorandum:

(1) Plaintiff Assist-2-Sell Inc.'s ("Plaintiff") motion to dismiss Defendants' counterclaim (Court File No. 13) is **GRANTED IN PART** with respect to Defendants' claim for tortious interference based on Plaintiff's filing of the current action, accordingly, this claim is **DISMISSED**; and

(2) Plaintiff's motion to dismiss Defendants' counterclaim (Court File No. 13) is **DENIED IN PART** with respect to Defendants' claims for tortious interference based on the stealing of the signs and disrupting the open house and Defendants' claim for slander.

**SO ORDERED.**

**ENTER:**

/s/
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE